Boden Davidson, #266119
email: bd@bodendavidson.com
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 250-2470

Attorney for Plaintiff, CONTRA PIRACY

# UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **CONTRA PIRACY**, a non-profit Association, organized and existing under the laws of Switzerland, and Assignee of the copyright in "All Things Fall Apart", a motion picture<br><br>    **Plaintiff,**<br><br>v.<br><br>**DOES 1 – 2919,**<br><br>    **Defendants.** | Case No.: C13-1133 EDL<br><br>**NOTICE OF FILING OF DECLARATION IN RESPONSE TO COURT'S ORDER OF JUNE 21, 2013** |

Attached here is the additional declaration in support of Plaintiff's Brief on Order to Show Cause Regarding Standing, in response to the Court's Order of June 21, 2013.

                                                    Respectfully submitted,

                                                    CONTRA PIRACY

**DATED:** June 24, 2013

                                                    By: /s/ Boden Davidson
                                                    Boden Davidson, No. 266119

NOTICE OF FILING OF DECLARATION IN RESPONSE TO COURT'S ORDER - **Case No: C13-1133 EDL**

1

Boden Davidson, #266119
email: bd@bodendavidson.com
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 250-2470

Attorney for Plaintiff, CONTRA PIRACY

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTRA PIRACY, a non-profit Association organized and existing under the laws of Switzerland, and Assignee of the copyright in "All Things Falls Apart", a motion picture<br><br>    Plaintiff,<br><br>v.<br><br>DOES 1 – 2919,<br><br>    Defendants. | Case No.: C13-1133 EDL<br><br>DECLARATION OF RICHARD M. SCHNEIDER IN FURTHER SUPPORT OF PLAINTIFF'S BRIEF ON ORDER TO SHOW CAUSE REGARDING STANDING |

I, RICHARD M. SCHNEIDER, HEREBY DECLARE:

1. I am over the age of 18 and am otherwise competent to make this declaration.

2. This declaration is based on my personal knowledge and, if called upon to do so, I will testify that the facts stated herein are true and accurate.

3. I submit this declaration in further support of Plaintiff's Brief on Order to Show Cause Regarding Standing.

4. I am employed by Contra Piracy, an association organized and existing under the laws of Switzerland, with its principal address at Sennweidstrasse 45, 6312 Steinhausen,

Switzerland.

5. Hannibal Inc. d/b/a Hannibal Pictures is the "de facto" owner of the copyright in "All Things Fall Apart" such that Hannibal Pictures was actually able to make an assignment of the rights to copy and to distribute the copyrighted work "All Things Fall Apart" via the P2P/BitTorrent protocol to Contra Piracy. Without the assignment of such rights to Contra Piracy, Hannibal Pictures is the sole, "de facto" owner of the copyright in "All Things Fall Apart".

6. The legitimate commercial distribution of copyrighted works via the P2P/BitTorrent protocol is certainly viable in a technological sense, however the extent of legitimate commercial distribution via P2P/BitTorrent in a market sense is severely limited by the rampant, mass infringements of copyrighted works utilizing the P2P/BitTorrent protocol. The distributed nature of the P2P/BitTorrent protocol provides efficient and low-cost distribution of large digital media content files, abrogating the need for expensive centralized servers. The cost savings of P2P/BitTorrent distribution can enable companies and individuals to increase the dissemination of their copyrighted works and to pass the cost savings onto consumers in the form of lower prices. While P2P/BitTorrent is an attractive opportunity for the low-cost distribution of copyrighted works, it is exceedingly difficult to create a legitimate P2P/BitTorrent market in light of the overwhelming infringements utilizing the protocol, e.g. the unauthorized distribution of copyrighted works, for free. Lower prices in a legitimate P2P/BitTorrent market would be hard pressed to compete with the for free distribution in the immense black market, highlighting the need to sharply curb or eliminate the unauthorized copying and distribution of copyrighted works via the P2P/BitTorrent protocol.

**PURSUANT TO 28 U.S.C. § 1746**, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of June, 2013.

**RICHARD M. SCHNEIDER**

By: _____

DECLARATION IN SUPPORT OF PLAINTIFF'S BRIEF ON ORDER TO SHOW CAUSE -
Case No: C13-1133 EDL

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and service is effectuated by transmission of Notices of Electronic Filing generated by CM/ECF to all counsel of record and pro per parties authorized by the Court to use CM/ECF.

By: /s/ Boden Davidson
Boden N. Davidson, #266119

NOTICE OF FILING OF DECLARATION IN RESPONSE TO COURT'S ORDER - **Case No: C13-1133 EDL**