United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONTRA PIRACY

        Plaintiff,                        No. C-13-01133 EDL

    v.                                JUDGMENT

DOES 1-2919

        Defendants.
_____/

      This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

    IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of July 23, 2013, this case is dismissed with prejudice for lack of subject matter jurisdiction.

Dated: July 24, 2013

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge